

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Marina Moraru**<br>*Special Assistant Corporation Counsel*<br>Office: 212) 356-2456 |

September 2, 2025

**VIA ECF**
Hon. Lewis J. Liman
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

      Re: *N.K. et al., v. New York City Dep't of Educ.*, 25-cv-3165 (LJL)(OTW)

Dear Judge Liman:

      I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

      I write to respectfully request a 3-week extension of Defendant's time to respond to the Complaint, from September 4 to September 25, 2025. This is the second request for an extension, the first extension having been granted on June 3, 2025. (ECF 8) The parties have exchanged settlement offers and need additional time for further settlement discussions. The requested extension should allow the parties the necessary time to engage in settlement discussions and hopefully resolve this matter without further burdening the Court. Defendant also respectfully requests an adjournment of the Initial Pretrial Conference ("IPTC") currently scheduled for September 11, 2025 until October 9, 2025 or a later date convenient to the Court. Plaintiffs consent to these requests.

      Accordingly, Defendant respectfully requests (a) that Defendant's time to respond to the complaint be extended to September 25, 2025, with a next joint status letter due that same date, and (b) an adjournment of the IPTC to October 9, 2025 or to a later date convenient to the Court.

      Thank you for considering these requests.

Respectfully submitted,

*/s/ Marina Moraru*
Marina Moraru, Esq.
Special Assistant Corporation Counsel

The request is granted.  Defendant's time to respond is extended to September 25, 2025.  The initial pretrial conference originally scheduled for September 11, 2025, is rescheduled to October 9, 2025, at 3:00 P.M.

cc: Michele Kule-Korgood (via ECF)

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

September 3, 2025